IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC, | Case No. 2:24-cv-00031-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| LENOVO GROUP LIMITED, et al., | |
| Defendants. | |

## ORDER

Before the Court is Defendant Lenovo Group Limited's ("LGL") Unopposed Motion for Extension of Time to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and Standing Order Regarding Subject-Matter Eligibility Contentions (the "Motion"). **Dkt. No. 48.**

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for LGL to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and Standing order Regarding Subject-Matter Eligibility Contentions is extended up to and including November 13, 2024.